JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE JULIO ZUNIGA, | Case No. EDCV 13-2055-SVW (OP) |
| Petitioner, | JUDGMENT |
| v. | |
| B. M. CASH, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: 02/10/2014

HONORABLE STEPHEN V. WILSON
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge